**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
■ 4th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Philipe Jean-Bart    JOINT DEBTOR: _____    CASE NO.: 20-11419-LMI
SS#: xxx-xx- 8160    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $635.80 for months 1 to 9 ;
2. $291.52 for months 10 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $5425.00 | Total Paid: $1000.00 | Balance Due: $4425.00 |
|---|---|---|
| Payable $491.67 /month (Months 1 to 9 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4500 Attorney Fees + $150 costs + $750 MTV + $25 costs

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Miami-Dade County Tax Collector
   Address: 200 NW 2nd Avenue
   Suite 430
   Miami, FL 33128
   Last 4 Digits of Account No.: 4920
   Other: _____

   Arrearage/ Payoff on Petition Date    $6461.24 @ 18% over 5 years = $9844.38
   Payoff (Including 0% monthly interest)    $80.55    /month (Months 1 to 9 )
   Payoff (Including 0% monthly interest)    $178.82    /month (Months 10 to 60 )

LF-31 (rev. 10/3/17)    Page 1 of 3

☒ Real Property                    Check one below for Real Property:
   ☒ Principal Residence              ☐ Escrow is included in the regular payments
   ☐ Other Real Property              ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
20409 NW 9th Court, Miami, FL  33169

☐ Personal Property/Vehicle
Description of Collateral:

B. **VALUATION OF COLLATERAL:**    ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:**    ☐ NONE

| 1. Creditor: Law Offices of Daryl L. Jones, P.A. <br> Address: 14707 S. Dixie Hwy, Suite 101, Palmetto Bay, FL 33176 <br> Last 4 Digits of Account No.: _____ <br> Real Property <br> ☒ Principal Residence <br> ☐ Other Real Property <br> Address of Collateral: <br> 20409 NW 9th Court, Miami, FL 33169 | Value of Collateral: $259,778.00 <br> Amount of Creditor's Lien: $40,383.56 <br> Interest Rate: 0.00% <br> Check one below: <br> ☐ Escrow is included in the monthly mortgage payment listed in this section <br> ☐ The debtor(s) will pay <br>    ☐ taxes   ☐ insurance directly | **Payment** <br> Total paid in plan: $0.00 <br><br> $0.00 /month (Months ___ to ___) |

2. **VEHICLES(S):**    ☒ NONE

3. **PERSONAL PROPERTY:**    ☒ NONE

C. **LIEN AVOIDANCE**    ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Wilmington Savings Fund Society C/O Fay Servicing | 9328 | 20409 NW 9th Court, Miami, FL  33169 |
| 2. | Coconut Cay Homeowners Assoc., Inc. | 0409 | 20409 NW 9th Court, Miami, FL  33169 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**    ☒ NONE

   B. **INTERNAL REVENUE SERVICE:**    ☒ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay $83.55 /month (Months 10 to 60)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. <u>SEPARATELY CLASSIFIED</u>: ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. <u>**NON-STANDARD PLAN PROVISIONS**</u> ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

|  Debtor | Date |  Joint Debtor | Date |
|---|---|---|---|
| Philipe Jean-Bart | | | |

| /s/ Gabriel Gonzalez, Esq. | 10/13/2020 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**